◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TENE CUFFY, Appellant. [696 NYS2d 828] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered October 29, 1997, convicting her of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's challenges to certain portions of the prosecutor's summation are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818, 819) or without merit.

The defendant's challenge to the court's charge is also unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Robinson,* 88 NY2d 1001, 1002; *People v Jackson,* 76 NY2d 908, 909). In any event, the instructions as a whole adequately conveyed the appropriate principles of law (*see, People v Melendez,* 205 AD2d 392).

"Mere eligibility for youthful offender status does not mandate youthful offender treatment, and the grant of such a

benefit lies wholly within the discretion of the court" (*People v Vera,* 206 AD2d 494; *see, People v Barr,* 168 AD2d 625; *People v Williams,* 124 AD2d 615). Here, the court did not improvidently exercise its discretion in denying the defendant youthful offender status (*see, People v Vera, supra; People v Hopkins,* 163 AD2d 416; *People v Granger,* 82 AD2d 643). Bracken, J. P., O'Brien, Friedmann and Goldstein, JJ., concur.